2021-09681

A

Section 16

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                                        DIVISION "___"

SCHEWANDA BAPTISE

VERSUS

THE RITZ-CARLTON HOTEL COMPANY, LLC, TISHA CIUREA, and ABC INSURANCE COMPANY

FILED:_____        _____

                                                                         DEPUTY CLERK

## PETITION FOR DAMAGES

The petitioner, Schewanda Baptiste, a person of full age of majority and resident of and domiciled in the Parish of Orleans, State of Louisiana, with respect represents:

I.

That made defendants herein are:

1. The Ritz-Carlton Hotel Company, LLC, a foreign corporation authorized to do and doing business in Louisiana;

2. Tisha Ciurea, a person of full age of majority who is domiciled in the Parish of Calcasieu

3. ABC Insurance Company; unknown.

II.

Defendants are liable unto your Petitioner, Schewanda Baptiste, herein, jointly, severally, and *in solido* for such damages as are reasonable, including but not limited to, damages for past and future physical pain and suffering, past and future mental pain and suffering, mental anguish, physical impairment and disability, past and future medical expenses and rehabilitation expenses, loss of services, loss of consortium, loss of society, and loss of enjoyment of life, as well as penalties and attorney's fees, together with legal interest thereon from the date of

E-Filed





VERIFIED
Tracy Lafonta

EXHIBIT
A

Case 2:22-cv-00096-JTM-JVM Document 1-1 Filed 01/14/22 Page 2 of 9

2021-09681

A

Section 16

FILED
2021 DEC 01 A 11:50
CIVIL
DISTRICT COURT

judicial demand until paid, and for all costs of these proceedings.

### III.

On or about March 27, 2021, your petitioner, Schewanda Baptiste, was a guest at the Ritz Carlton Spa located at 921 Canal Street, New Orleans, Louisiana 70112.

### IV.

Petitioner was a patron of the Ritz Carlton Spa, and received a stress relief massage from Defendant, Tisha Ciurea, which caused her injury.

### V.

At all material times herein, Defendant, Ritz Carlton Hotel Company, LLC, owned, managed and/or had the custody and guarde of the premises of the Ritz Carlton Spa located at 921 Canal Street, New Orleans, Louisiana 70112, as they owned and operated the spa.

### VI.

At all relevant times, Tisha Ciurea was acting in the course and scope of her employment with and/or for the benefit of the Ritz Carlton Spa, making Ritz Carlton Hotel Company, LLC, vicariously liable for her actions under the law of *respondeat superior*.

### VII.

The above incident and all damages resulting therefrom were caused by no fault or negligence of your petitioner, but caused by the negligence and/or fault of Defendant, Tisha Ciurea, whose negligence and/or fault includes, but is not limited to the following:

    a. Failure to properly administer massage;

    b. Failure to protect from unnecessary risk of harm;

    c. Failure to use proper techniques;

    d. Applying unnecessary force;

    e. Lack of concentration;

E-Filed

Case 2:22-cv-00096-JTM-JVM  Document 1-1  Filed 01/14/22  Page 3 of 9

2021-09681

A
Section 16

FILED
2021 DEC 01  A 11:50
CIVIL
DISTRICT COURT

f. Inattentiveness;

g. Failure to check on the status on Petitioner's condition throughout the massage;

h. Failure to exercise reasonable care under the circumstances;

i. Any and all other acts of negligence to be proven at the trial of this matter.

All in violation of the statues of the State of Louisiana and Ordinances of the Parish of Orleans, which statutes and ordinances are pleaded herein as if copied *in extenso*.

And/or the fault and/or negligence of Defendant, Ritz Carlton Hotel Company, LLC, which negligence and/or fault includes, but is not limited to the following:

a. Negligent hiring;

b. Negligent supervision;

c. Negligent training;

d. Negligently entrusting its customer and patron to a massage therapist who it knew or should have known was incompetent, careless and/or reckless;

e. Failing to ensure that its customer was safe and would not sustain injury from massages;

f. Failure to exercise reasonable care under the circumstances;

g. Any and all other acts of negligence to be proven at the trial of this matter.

All in violation of the statues of the State of Louisiana and Ordinances of the Parish of Orleans, which statutes and ordinances are pleaded herein as if copied *in extenso*.

## VIII.

As a result of the negligence and/or fault on the part of the Defendants, Petitioner Schewanda Baptiste, sustained severe, permanent, and disabling personal injuries.

Case 2:22-cv-00096-JTM-JVM   Document 1-1   Filed 01/14/22   Page 4 of 9

2021-09681

FILED
2021 DEC 01  A 11:50
CIVIL
DISTRICT COURT

A
Section 16

**IX.**

At all material times herein, ABC Insurance Company provided a policy of liability insurance to Defendant, Ritz Carlton Hotel Company, LLC, and so is liable unto Plaintiff for the damages alleged herein.

**X.**

Plaintiff pleads the doctrine of *res ipsa loquiur*.

**WHEREFORE**, petitioner, Schewanda Baptiste, prays that Defendants, Ritz Carlton Hotel Company, LLC, Trisha Ciurea, and ABC Insurance Company, be cited and served with a copy of this Petition and after all legal delays and proceedings be had, there be judgment rendered herein in favor of your petitioner and against defendants, Schewanda Baptiste, Tisha Ciurea, and ABC Insurance Company, be held liable for such damages as are reasonable in the premises, including but not limited to; damages for past and future physical pain and suffering, past and future mental pain and suffering, past and future loss wages, loss of earning capacity, mental anguish, physical impairment and disability, past and future medical expenses, rehabilitation, and loss of society, together with legal interest thereon from date of judicial demand until pain and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully submitted,

**KIEFER & KIEFER**

**MEGAN C. KIEFER (#32882)**
**NAT G. KIEFER, JR. (#1461)**
**LOUIS H. THOMAS, III (#37329)**
2310 Metairie Road
Metairie, Louisiana 70001
(504) 828-3313
(504) 828-0024

E-Filed

2021-09681

FILED
2021 DEC 01 A 11:50
CIVIL
DISTRICT COURT

**A**

Section 16

**PLEASE SERVE**

**Ritz Carlton Hotel Company, LLC**
Through its Agent for Service of Process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Tisha Ciurea
1140 N. Hazel Street
Sulphur, LA 70663

E-Filed

2021-09681

**A**

Section 16

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO.: DIVISION "___"

### SCHEWANDA BAPTISE

### VERSUS

### THE RITZ-CARLTON HOTEL COMPANY, LLC, TISHA CIUREA, and ABC INSURANCE COMPANY

FILED:_____      _____
                                                    **DEPUTY CLERK**

## REQUEST FOR NOTICE

In accordance with LSA-C.C.P. Article 1572, you are requested to give plaintiff, Schewanda Baptiste, written notice by mail ten (10) days in advance of the date fixed for the trial or hearing of this case, whether on exceptions, motions, rules or the merits. We also request immediate notice of all orders of judgments, whether interlocutory or final, made or rendered, in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913 and 1914, including notice of judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully submitted,

KIEFER & KIEFER

_/s/_____
MEGAN C. KIEFER (Bar No. 32882)
NAT G. KIEFER, JR. (Bar No. 1461)
LOUIS H. THOMAS, III (Bar No. 37329)
2310 Metairie Road
Metairie, LA 70001
Telephone:  (504) 828-3313
Facsimile:    (504) 828-0024

E-Filed

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

2021 DEC 30 PM 12: 17

STATE OF LOUISIANA

CIVIL DISTRICT COURT
SECTION 16

No. 2021-09681                DIVISION "A"

SCHEWANDA BAPTISTE

VERSUS

THE RITZ-CARLTON HOTEL COMPANY, LLC, ET AL.

FILED: _____        _____
                                              DEPUTY CLERK

### UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, The Ritz-Carlton Hotel Company, LLC, and upon suggesting to the Court that additional time for filing responsive pleadings, is required by Defendants, and who request the Court to grant an extension of thirty (30) days from the due date, or until January 29, 2022, within which to answer or otherwise respond to the Petition for Damages of plaintiff.

Defendant, The Ritz-Carlton Hotel Company, LLC certifies that this is the first extension of time which Defendant has requested of this Honorable Court. Counsel for plaintiff, Schewanda Baptiste, has been contacted and has no objection to this Motion.

Respectfully submitted,
OSTENDORF TATE BARNETT, LLP

_____
LANCE S. OSTENDORF (LSBA #10271)
JOHN G. ALSOBROOK (LSBA #20080)
650 Poydras St., Suite 1460
New Orleans, LA 70130
Telephone: (504) 324-2244
Facsimile: (504) 208-3447
COUNSEL FOR DEFENDANT,
THE RITZ-CARLTON HOTEL COMPANY, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record in these proceedings via facsimile and/or by depositing same in the United States Mail, postage prepaid and properly addressed, this __30th__ day December, 2021.

_____
LANCE S. OSTENDORF
JOHN G. ALSOBROOK

RECEIVED
DIVISION "A"

VERIFIED
1/3/22

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED
2021 DEC 30 PM 12: 17

No. 2021-09681              DIVISION "A"              SECTION "CIVIL DISTRICT COURT"

SCHEWANDA BAPTISTE

VERSUS

THE RITZ-CARLTON HOTEL COMPANY, LLC, ET AL.

FILED: _____      _____
                                          DEPUTY CLERK

### ORDER

CONSIDERING the above and foregoing Unopposed Motion;

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time Within Which to File Responsive Pleadings is hereby granted; and, Defendants have until January 29, 2022, within which to file responsive pleadings to plaintiff's Petition for Damages.

New Orleans, Louisiana, this _____ day of _____JAN 0 4 2022_____, ~~2021~~/2022.

_____
HONORABLE ELLEN M. HAZEUR

VERIFIED

-2-

**FILED**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

2021 DEC 30 PM 12: 17

No. 2021-09681   DIVISION "A"   CIVIL SECTION 16
DISTRICT COURT

SCHEWANDA BAPTISTE

VERSUS

THE RITZ-CARLTON HOTEL COMPANY, LLC, ET AL.

FILED: _____     _____
                                                  DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT**, comes Defendant, The Ritz-Carlton Hotel Company, LLC, which pursuant to the provisions of LSA CCP Articles 1913 and 1914, requests that the clerk give the undersigned counsel ten (10) days' notice of the signing of any Order and/or Judgment herein.

**IT IS FURTHER** requested that the clerk give written notice of the trial date, or the date set for hearing or the date of any motions or pleadings, at least ten (10) days before said trial or hearing date, pursuant to the provisions of LSA CCP 1572.

Respectfully submitted,
OSTENDORF TATE BARNETT, LLP

_____
LANCE S. OSTENDORF  (LSBA #10271)
JOHN G. ALSOBROOK  (LSBA # 20080)
650 Poydras Street, Suite 1460
New Orleans, LA 70130
Telephone: (504) 324-2244
Facsimile: (504) 208-3477
COUNSEL FOR DEFENDANT,
THE RITZ-CARLTON HOTEL COMPANY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail; postage prepaid and properly addressed, this 30th day of December, 2021.

_____
LANCE S. OSTENDORF
JOHN G. ALSOBROOK



**VERIFIED**